**POLSINELLI LLP**
Alexander Polishuk (SBN 265349)
apolishuk@polsinelli.com
Armida Derzakarian (SBN 322608)
aderzakarian@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   (310) 556-1801
Facsimile:   (310) 556-1802

Attorneys for Plaintiff
OPTIV SECURITY INC.

DAVID GILBERTS, Pro Se
2391 Lake Drive, Unit 3249
Crestline, CA 92325
Phone: (909) 900-5998
Email: david@gilberts.com

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIV SECURITY INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID GILBERTS, an individual; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | **CASE NO. 5:21--02126-FWS-SHK**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)
86470928.1

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff OPTIV SECURITY INC. ("Plaintiff") and Defendant DAVID GILBERTS ("Defendant") that the above-captioned action, and all claims as set forth in Plaintiff's Complaint, is voluntarily dismissed ***with prejudice*** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure as to all Defendants.  Plaintiff and Defendant are to each bear their own costs and fees incurred in the instant action.

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 27, 2022          **POLSINELLI LLP**


By:  */s/ Alexander Polishuk*
Alexander Polishuk
Armida Derzakarian

Attorneys for Plaintiff
**OPTIV SECURITY INC.**

Dated:  October 27, 2022



By:  */s/ David Gilberts*
David Gilberts
*pro se*

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)
86470928.1

1

## PROOF OF SERVICE

2

3          I am a citizen of the United States and resident of the State of California.  I

4     am over the age of eighteen years and not a party to the within action. My business

5     address is 2049 Century Park East, Suite 2900, Los Angeles, CA  90067.  I am

6     employed in the office of a member of the bar of this Court, at whose direction the

7     service was made.

8          On **October 28, 2022,** I served the foregoing document(s) described as:

9

10     **STIPULATION OF VOLUNTARY DISMISSAL
         PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

11

12  ☒     **BY ELECTRONIC SERVICE:**  By electronically mailing  true and correct
            copies through CM/ECF system electronic mail from zyoung@polsinelli.com

13          to all of the email addresses set forth in the CM/ECF Electronic Mail List.

14

15  ☒     **FEDERAL:**  I declare under penalty of perjury under the laws of the United
            States of America that the foregoing is true and correct.

16

17          Executed on **October 28, 2022,** at Los Angeles, California.

18

19                                          */s/ Zelda Young*
                                            Zelda Young
20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

86470928.1